IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:23-CR-91 |
| Plaintiff | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | |
| | : | |
| ANTONE JACKSON, | | |
| | : | |
| Defendant. | | |

### UNITED STATES' SENTENCING MEMORANDUM

Defendant Antone Jackson comes before this Court for sentencing on one count of possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and (924(a)(8). On July 12, 2023, Mr. Jackson was a fugitive from justice and parole supervision and was in possession of a Glock model 27 semi-automatic handgun equipped with a SEAR switch and an extended magazine. Doc 39, Plea Agreement, PAGEID 96. Mr. Jackson entered a plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to a term of imprisonment not to exceed 70 months, to be served concurrently with his sentence in Scioto County Common Pleas Court case no. 22CR000748(E). *Id*. at PAGEID 92.

Mr. Jackson faces a total adjusted offense level of 17 and his criminal history computation yields a category of V. Doc 57, Presentence Investigation Report ("PSR"), PAGEID 178. The United States respectfully requests this Court accept the parties' plea agreement and sentence Mr. Jackson to a term of incarceration of 70 months. While slightly higher than the advisory sentencing guideline range of 46 – 57 months, a sentence of 70 months is sufficient but no more than necessary to provide just punishment for Mr. Jackson's crime and ensure the safety of the community.

1

Respectfully submitted,

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*/s/ Jahan S. Karamali*
JAHAN S. KARAMALI (0093800)
Assistant United States Attorneys
Federal Building, 200 West Second Street, #600
Dayton, OH 45402
Phone No.: (937) 531-6792
Fax No.: (937) 225-2564
Email: Jahan.Karamali@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Sentencing Memorandum was served, via ECF, upon counsel for the defendant on this the 3rd day of April 2025.

                                          */s/ Jahan S. Karamali*
                                          JAHAN S. KARAMALI (0093800)
                                          Assistant United States Attorney